# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  v.                                      Case No. 09-CR-248

**TRAVENN WEBSTER**
    **Defendant.**

## ORDER

**IT IS ORDERED** that defendant's conditions of supervised release are modified, 18 U.S.C. § 3583(e)(2), to add the following condition:

Defendant shall submit his person, property, house, residence, vehicle, office, papers, computers, other electronic communications or data storage devices, or media, to a search conducted by the United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. Defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that defendant has violated a condition of his release and that the areas to be searched may contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

Dated at Milwaukee, Wisconsin, this 10th day of October, 2010.

                                          /s Lynn Adelman
                                          LYNN ADELMAN
                                          District Judge